[No. 8889–4–II.   Division Two.   September 10, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL SCOTT KENT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 84–1–00218–7, David R. Draper, J., entered May 30, 1985. *Remanded* by unpublished opinion per Reser, J. Pro Tem., concurred in by Dolliver and Hopkins, JJ. Pro Tem.


[No. 7707–1–III.   Division Three.   September 10, 1987.]

GLEN HAFER, ET AL, *Appellants,* v. SHERWOOD & ROBERTS, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 81–2–01058–4, William G. Luscher, J., entered February 14, 1986. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.


[No. 16215–2–I.   Division One.   September 14, 1987.]

FIDELITY MUTUAL SAVINGS BANK, *Plaintiff,* v. ALBERT MUIN MARK, ET AL, *Appellants,* THE UNITED STATES OF AMERICA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 81–2–17592–9, Richard M. Ishikawa, J., entered February 26, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Durham and Johnsen, JJ. Pro Tem.